UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | Cr. No. |
| | : | |
| STEPHEN B. COHEN, | : | |
| | : | VIOLATIONS: |
| Defendant. | : | 26 U.S.C. § 7202: Willful Failure to Collect |
| | : | and Pay over Taxes |
| | : | |
| | : | D.C. Code § 47-4102: Willful Failure to |
| | : | Collect and Pay over Taxes |
| | : | |
| | : | |

## INFORMATION

The Assistant Attorney General of the Tax Division charges that, at all times relevant to this Information:

### Introduction

1.  Stephen B. Cohen, a resident of the District of Columbia, owned and operated several businesses in the Washington, D.C. metropolitan area, including C&R Calvert, Inc. ("C&R Calvert").

2.  In approximately October 1999, C&R assumed ownership of Washington Park Gourmet, a gourmet delicatessen and grocery store previously located at 2331 Calvert St., NW, Washington, DC.

3.  The Internal Revenue Service ("IRS") was an agency of the United States Department of Treasury responsible for administering and enforcing the tax laws of the United States, and collecting the taxes owed to the Treasury of the United States by its citizens.

4. Cohen was the sole owner, operator, and President of C&R Calvert, and he was responsible for collecting and paying over the payroll taxes owed by C&R Calvert to the IRS.

5. Cohen caused C&R Calvert to issue Forms W-2 to its employees that reflected that payroll taxes were withheld from the wages of C&R Calvert's employees.

6. Cohen was also the person responsible for paying over sales tax due to the D.C. Office of Tax and Revenue.

## **COUNT ONE**

7. Paragraphs one through five are realleged and reincorporated here.

8. On or about October 31, 2002, Cohen was required by law to collect and pay over payroll taxes to the IRS for the third quarter of 2002 on behalf of C&R Calvert. On that date and subsequently thereafter, Cohen willfully failed to collect and pay over the tax due of $18,202 to the IRS.

In violation of Title 26, United States Code, Section 7202.

## **COUNT TWO**

9. Paragraphs one, two, and six are realleged and reincorporated here.

10. On or about May 20, 2003, Cohen was required by law to collect and pay over sales taxes to the D.C. Office of Tax and Revenue for April 2003 on behalf of C&R Calvert. On that date and subsequently thereafter, Cohen willfully failed to collect and pay over the tax due of $1,891 to the D.C. Office of Tax and Revenue.

In violation of Title 47, D.C. Code, Section 4102(b), and by authority of Title 11, D.C. Code, Section 502.

Respectfully submitted,

NATHAN J. HOCHMAN
Assistant Attorney General
Tax Division


By: _____
SHAWN T. NOUD
Trial Attorney
Tax Division
601 D Street, NW
Washington, DC 20530
(202) 353-9215
Shawn.T.Noud@usdoj.gov

JERROD C. PATTERSON
D.C. Bar # 481438
Trial Attorney
Tax Division
601 D Street, N.W.
Washington, D.C. 20530
(202) 305-2672
Jerrod.Patterson@usdoj.gov