UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | ) | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | Criminal Case No. **08-cr-045 (RCL)** |
| | ) | |
| **STEPHEN COHEN**, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## NOTICE OF APPEARANCE

Pursuant to 28 U.S.C. § 515(a), 28 C.F.R. § 0.13(a), and Local Rule of Criminal Procedure 44.5(e), the United States, by and through undersigned counsel, hereby submits this Notice of Appearance for Shawn T. Noud and Jerrod C. Patterson, trial attorneys for the United States Department of Justice, Tax Division, in the above-captioned matter. Attached to this Notice are appointment letters, signed by the Deputy Assistant Attorney General of the Tax Division, authorizing Messrs. Noud and Patterson to represent the United States in all proceedings before this Court.

Respectfully Submitted,

NATHAN J. HOCHMAN
Assistant Attorney General
U.S. Department of Justice, Tax Division

/s/ Shawn T. Noud
Shawn T. Noud
Jerrod C. Patterson
Trial Attorneys
U.S. Department of Justice, Tax Division

<u>CERTIFICATE OF SERVICE</u>

       I hereby certify that on March 5, 2008, I caused a copies of this Notice of Appearance to be delivered via facsimile and first class mail to the following counsel for the defendant:

John McDermott, Esq.
4300 Wilson Blvd
Suite 400
Arlington VA 22203
(Fax): (703) 248-9440

Paul Knight, Esq.
O'Connor & Hannan
Suite 500
1666 K Street, NW
Washington, DC 20006-2803

U.S. Department of Justice

Tax Division

---

Office of the Deputy Assistant Attorney General

*Washington, D.C. 20530*

**OCT 2 3 2007**

Shawn T. Noud, Esquire
Trial Attorney
U.S. Department of Justice
Tax Division
Northern Criminal Enforcement Section
Washington, D.C. 20004

Dear Mr. Noud:

    As an attorney for the United States who is employed full time by the Department of Justice and assigned to the Tax Division, you are hereby authorized to represent the United States in any kind of legal proceeding, civil or criminal, including grand jury proceedings and proceedings before United States Magistrate Judges, in the District of Columbia or in any other judicial district. You are authorized by the Tax Division to conduct such business on behalf of the United States that United States Attorneys are authorized to conduct, including such matters as filing an information, presenting an indictment, and entering into a plea agreement. This authority is granted pursuant to 28 U.S.C. § 515 (a) and 28 C.F.R. § 0.13 (a).

    You may file a copy of this letter with the Clerk of the District Court as evidence of your authorization to represent the United States.

Sincerely yours,

John A. Marrella
Deputy Assistant Attorney General

cc:  Richard T. Morrison
      Assistant Attorney General
      Tax Division

**U. S. Department of Justice**



Tax Division

Deputy Assistant Attorney General         Washington, D.C. 20530

Jerrod C. Patterson, Esquire
Trial Attorney                            OCT 2 3 2007
U.S. Department of Justice
Tax Division
Northern Criminal Enforcement Section
Washington, D.C. 20004

Dear Mr. Patterson:

    As an attorney for the United States who is employed full time by the Department of Justice and assigned to the Tax Division, you are hereby authorized to represent the United States in any kind of legal proceeding, civil or criminal, including grand jury proceedings and proceedings before United States Magistrate Judges, in the District of Columbia or in any other judicial district. You are authorized by the Tax Division to conduct such business on behalf of the United States that United States Attorneys are authorized to conduct, including such matters as filing an information, presenting an indictment, and entering into a plea agreement. This authority is granted pursuant to 28 U.S.C. § 515 (a) and 28 C.F.R. § 0.13 (a).

    You may file a copy of this letter with the Clerk of the District Court as evidence of your authorization to represent the United States.

                                      Sincerely yours,

                                      John A. Marrella
                                      Deputy Assistant Attorney General

cc:    Richard T. Morrison
        Assistant Attorney General
        Tax Division

2809668.1