**United States District Court
for the District of Columbia**

FILED

MAR 1 0 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

v.

STEPHEN B. COHEN

**WAIVER OF INDICTMENT**

CASE NUMBER:   **CR 08-045**

I,   STEPHEN B. COHEN   the above named defendant, who is accused of :

**26:7202 WILLFUL FAILURE TO COLLECT/PAY OVER TAX.**

**47 DCC 4102 FEDERAL STATUTES, OTHER; Willful Failure to Collect and Pay over Taxes.**

being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on  3/10/2008   prosecution by indictment and consent that the proceeding may be by Information rather than by Indictment.

_____
Defendant

_____
Counsel for Defendant

_____
Judge Royce C. Lamberth
United States District Court