UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>STEPHEN COHEN,<br><br>        **Defendant.** | Crim. No. 08-045 (RCL) |

**DEFENDANT'S CONSENT MOTION TO
MODIFY CONDITION OF HIS RELEASE**

Stephen Cohen, through undersigned counsel, respectfully requests the Court to modify one condition of his release to drop the requirement of weekly drug testing by the Pretrial Services Agency. In support thereof, the following is submitted:

1. Mr. Cohen first appeared before the Court on March 10, 2008 when he entered a guilty plea to an Information charging payroll and sales tax violations. He was released on his personal recognizance with the requirement of weekly phone contact with the Pretrial Services Agency.

2. Pretrial Services requires weekly drug testing of all persons on release status unless the Court approves that there be no further drug testing.

3. In setting Mr. Cohen's conditions of release, the Court indicated that this drug testing requirement by Pretrial Services could be dispensed with if the initial test proved negative.

4. Mr. Cohen has submitted to one drug test on March 19, 2008, which was negative.

153629_1.doc

5.      The government has no objection to Mr. Cohen's request to discontinue further drug testing by Pretrial Services.

WHEREFORE, Mr. Cohen respectfully requests that he not be required to undergo further drug testing by the Pretrial Services Agency as a condition of his release on bond.

Dated:  March 24, 2008                               Respectfully submitted,

/s/ Paul L. Knight
Paul L. Knight (D.C. Bar No. 911594)
O'CONNOR & HANNAN, LLP
1666 K Street, N.W., Suite 500
Washington, D.C.  20006-2803
Telephone:  (202) 887-1400
Facsimile:  (202) 466-3215

**CERTIFICATE OF SERVICE**

I hereby certify that on March 24, 2008, a true copy of the foregoing *Defendant's Consent Motion to Modify Condition of His Release* was served via first class mail, postage pre-paid, upon the following and in the manner indicated:

Electronic Service (CMECF)

Jerrod C. Patterson
Shawn Thomas Naud
U.S. Department of Justice
United States Department of Justice
Criminal Division, Public Integrity Section
Bond Building, Room 12100
1400 New York Avenue, NW
Washington, DC  20005

First Class Mail, Postage Prepaid:

Pretrial Services Agency
Attention:  Michael Lukenich
U.S. District Courthouse
333 Constitution Avenue, N.W.
Washington, DC  20001

/s/ Paul L. Knight
Paul L. Knight

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>STEPHEN COHEN,<br><br>       **Defendant.** | Crim. No. 08-045 (RCL) |

### ORDER

This matter is before the Court on Mr. Cohen's unopposed motion that he not be required to undergo further drug testing by the Pretrial Services Agency as a condition of his release. Upon consideration of his motion, the non-opposition by the government, and all the facts and circumstances of this case, it is on this ____ day of March, 2008, hereby

ORDERED, that the Defendant's motion to modify a condition of his release be, and hereby is, GRANTED; and it is further

ORDERED, that the Defendant does not have to undergo any further drug testing by the Pretrial Services Agency in this matter, subject to modification by a subsequent order of this Court.

SO ORDERED.

                                                                                    ROYCE C. LAMBERTH
                                                                                     United States District Judge

Copies to:

Jerrod C. Patterson
Shawn Thomas Naud
U.S. Department of Justice
United States Department of Justice
Criminal Division, Public Integrity Section
Bond Building, Room 12100

153630_1.doc

1400 New York Avenue, NW
Washington, DC  20005

Pretrial Services Agency
Attention:  Michael Lukenich
333 Constitution Avenue, N.W.
Washington, DC  20001