UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>STEPHEN COHEN,<br><br>      Defendant. | Crim. No. 08-045 (RCL)<br><br>FILED<br>APR - 7 2008<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

**ORDER**

This matter is before the Court on Mr. Cohen's unopposed motion that he not be required to undergo further drug testing by the Pretrial Services Agency as a condition of his release. Upon consideration of his motion, the non-opposition by the government, and all the facts and circumstances of this case, it is on this 4th day of April, 2008, hereby

ORDERED, that the Defendant's motion to modify a condition of his release be, and hereby is, GRANTED; and it is further

ORDERED, that the Defendant does not have to undergo any further drug testing by the Pretrial Services Agency in this matter, subject to modification by a subsequent order of this Court.

SO ORDERED.

                                                          ROYCE C. LAMBERTH
                                                          United States District Judge

Copies to:

Jerrod C. Patterson
Shawn Thomas Naud
U.S. Department of Justice
United States Department of Justice
Criminal Division, Public Integrity Section
Bond Building, Room 12100

1400 New York Avenue, NW
Washington, DC 20005

Pretrial Services Agency
Attention: Michael Lukenich
333 Constitution Avenue, N.W.
Washington, DC 20001