**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| **v.** | **Crim. No. 08-045 (RCL)** |
| **STEPHEN COHEN,** | |
| **Defendant.** | |

## DEFENDANT'S MOTION TO CONTINUE SENTENCING

Defendant, Stephen Cohen, by through counsel, respectfully requests a postponement of sentencing in this case which is now scheduled for July 10, 2008.

Government counsel consents to this Motion.

### Points and Authorities

Mr. Cohen entered guilty pleas to two tax violations: Willful Failure to Collect or Pay Tax in violation of 26 U.S.C. § 7202 and a misdemeanor violation of D.C. Code § 47-4102(b), Failure to Collect or Pay Over Sales Tax. The plea agreement in this case requires Defendant (among other things) to prepare and file overdue tax returns and attempt to resolve his civil tax liability as well as make the payments to the U.S. Treasury and District of Columbia specified in the plea agreement.

The IRS and the District of Columbia Office of Tax and Revenue have only recently assigned personnel to review Mr. Cohen's financial statement and his 55 recently filed tax returns. There is insufficient time before July 10 for these government employees and their supervisors to analyze and resolve Mr. Cohen's remaining tax liabilities.

Mr. Cohen remains in compliance with all conditions of release and poses no risk of flight nor danger to any person.

WHEREFORE, Defendant respectfully requests that sentencing in this case be postponed approximately 30 days to a date convenient to the Court in August.

Dated:  June 20, 2008                              Respectfully submitted,


/s/ Paul L. Knight
Paul L. Knight (D.C. Bar No. 911594)
O'Connor & Hannan, LLP
1666 K Street, N.W., Suite 500
Washington, DC  20006
Telephone:  (202) 887-1400
Facsimile:  (202) 466-3215
Email:  pknight@oconnorhannan.com


/s/ John J. McDermott
John J. McDermott (DC Bar No. 924803)
4300 Wilson Boulevard, Suite 400
Arlington, VA  22203
Telephone: (703) 797-0682
Facsimile:  703-518-6191
Email: jmcdermott@naahq.org

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| **v.** | **Crim. No. 08-045 (RCL)** |
| **STEPHEN COHEN,** | |
| **Defendant.** | |

## <u>ORDER</u>

Upon consideration of Defendant's unopposed Motion to Continue Sentencing, the Court

finds that additional time will assist Defendant to complete his obligations under the plea

agreement.

Accordingly, it is this ___ day of June, 2008, hereby

ORDERED, that the Motion be, and hereby is, GRANTED, and it is further

ORDERED, that the sentencing in this case is rescheduled to August ___, 2008 at ____

a.m.

SO ORDERED.

_____
ROYCE C. LAMBERTH
United States District Judge

Copies to:

Jerrod C. Patterson
Shawn Thomas Noud
U.S. Department of Justice
Tax Division, Criminal Enforcement Section
601 D Street, N.W.
Washington, DC  20530

155170_1.doc

John J. McDermott
4300 Wilson Boulevard
Suite 400
Arlington, VA 22203

Paul L. Knight
O'Connor & Hannan, LLP
1666 K Street, N.W., Suite 500
Washington, D.C.  20006-2803