UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA



UNITED STATES OF AMERICA,

v.                                    Crim. No. 08-045 (RCL)

STEPHEN COHEN,

        Defendant.

### ORDER

Upon consideration of Defendant's unopposed Motion to Continue Sentencing, the Court finds that additional time will assist Defendant to complete his obligations under the plea agreement.

Accordingly, it is this 20th day of June, 2008, hereby

ORDERED, that the Motion be, and hereby is, GRANTED, and it is further

ORDERED, that the sentencing in this case is rescheduled to August 11, 2008 at 9:30 a.m.

SO ORDERED.

_____
ROYCE C. LAMBERTH
United States District Judge

Copies to:

Jerrod C. Patterson
Shawn Thomas Noud
U.S. Department of Justice
Tax Division, Criminal Enforcement Section
601 D Street, N.W.
Washington, DC  20530

155170_1 doc

John J. McDermott
4300 Wilson Boulevard
Suite 400
Arlington, VA 22203

Paul L. Knight
O'Connor & Hannan, LLP
1666 K Street, N.W., Suite 500
Washington, D.C.  20006-2803