UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>v.<br><br>**STEPHEN COHEN,**<br><br>             **Defendant.** | **Crim. No. 08-045 (RCL)** |

### DEFENDANT'S MOTION TO CONTINUE SENTENCING

Defendant, Stephen Cohen, by through counsel, respectfully requests a postponement of sentencing in this case which is now scheduled for August 11, 2008.

Government counsel do not oppose this Motion.

POINTS AND AUTHORITIES

This is the second Motion to Continue the Sentencing Date in this case. The plea agreement in this case required Defendant (among other things) to prepare and file tax returns and attempt to resolve his civil tax liability as well as make the payments to the U.S. Treasury and District of Columbia specified in the plea agreement. Mr. Cohen has made progress in these areas since the originally scheduled date for sentencing, July 11, 2008.

Mr. Cohen remains in compliance with all conditions of release and poses no risk of flight or danger to any person.

Although we anticipate that substantial payments will be made to the U.S. Treasury and the District of Columbia governments by August 11, 2008, Mr. Cohen is still trying to raise funds to meet these obligations. He is in the process of borrowing $70,000 against a rental

condominium in Delaware as another example.  An additional two weeks should allow him to complete these efforts.

    Additional time would allow the parties to submit sentencing memoranda to the Court in a more orderly fashion.  On July 25, 2008, government counsel gave notice regarding the filing of sealed material in this case.  Defense counsel have not seen this material but would like to address it in the anticipated sentencing memorandum for the Court.  Defendant intends to file his memorandum several days in advance of the sentencing date to provide the Court and counsel sufficient time for reading and reflection. In light of the government's recent introduction of sealed material into the sentencing proceeding, a two week delay of the sentencing date should provide adequate time for the orderly submission of sentencing memoranda.

    WHEREFORE, Defendant respectfully requests a two week delay until August 25, 2008.

Dated:  July 31, 2008                        Respectfully submitted,

                                            /s/ Paul L. Knight
                                            Paul L. Knight (D.C. Bar No. 911594)
                                            Nossaman LLP\O'Connor & Hannan
                                            1666 K Street, N.W., Suite 500
                                            Washington, DC  20006
                                            Telephone:  (202) 887-1400
                                            Facsimile:  (202) 466-3215
                                            Email:  pknight@nossaman.com

                                            /s/ John J. McDermott
                                            John J. McDermott (DC Bar No. 924803)
                                            4300 Wilson Boulevard, Suite 400
                                            Arlington, VA 22203
                                            Telephone: (703) 797-0682
                                            Email: jmcdermott@naahq.org

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** <br><br> **v.** <br><br> **STEPHEN COHEN,** <br><br> **Defendant.** | Crim. No. 08-045 (RCL) |

**ORDER**

Upon consideration of Defendant's Motion to Continue Sentencing Date, the Court finds that additional time will assist Defendant to complete his obligations under the plea agreement.

Accordingly, it is this ___ day of August, 2008, hereby

ORDERED, that the Motion be, and hereby is, GRANTED, and it is further

ORDERED, that the sentencing in this case is rescheduled to August ___, 2008 at ____ a.m.

SO ORDERED.

ROYCE C. LAMBERTH
United States District Judge

Copies to:

Jerrod C. Patterson
Shawn Thomas Noud
U.S. Department of Justice
Tax Division, Criminal Enforcement Section
601 D Street, N.W.
Washington, DC  20530

John J. McDermott, Esq.
4300 Wilson Boulevard, Suite 400
Arlington, VA 22203

Paul L. Knight
Nossaman LLP\O'Connor & Hannan, LLP
1666 K Street, N.W., Suite 500
Washington, D.C.  20006-2803