UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

v.

STEPHEN COHEN,

        Defendant.

Crim. No. 08-045 (RCL)

FILED

AUG - 1 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### ORDER

Upon consideration of Defendant's Motion to Continue Sentencing Date, the Court finds that additional time will assist Defendant to complete his obligations under the plea agreement.

Accordingly, it is this 1st day of August, 2008, hereby

ORDERED, that the Motion be, and hereby is, GRANTED, and it is further

ORDERED, that the sentencing in this case is rescheduled to August 25, 2008 at 9:30 a.m.

SO ORDERED.

                                                    *Royce C. Lamberth*
                                                    ROYCE C. LAMBERTH
                                                    United States District Judge

Copies to:

Jerrod C. Patterson
Shawn Thomas Noud
U.S. Department of Justice
Tax Division, Criminal Enforcement Section
601 D Street, N.W.
Washington, DC 20530

John J. McDermott, Esq.
4300 Wilson Boulevard, Suite 400
Arlington, VA 22203

Paul L. Knight
Nossaman LLP\O'Connor & Hannan, LLP
1666 K Street, N.W., Suite 500
Washington, D.C. 20006-2803